1  CARLEEN R. ARLIDGE          SBN 079725                    **CHAMBERS COPY**
   Attorney at Law
2  111 W. St. John St., Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4
   Attorney For Defendant
5  KAZUKO SHINAGAWA

6

7

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          )    **CASE NO. CR-05-00776 JW (PVT)**
                                       )
15                 Plaintiff,          )
                                       )    [PROPOSED]
16  v.                                 )
                                       )    **TRAVEL ORDER**
17  KAZUKO SHINAGAWA,                  )
                                       )
18                 Defendant.          )
                                       )
19  _____ )

20      Upon request of the Defendant, KAZUKO SHINAGAWA, by and through counsel,

21  and good cause appearing therefor:

22      IT IS HEREBY ORDERED that defendant is permitted to leave the Northern

23  District of California on October 6, 2006, and travel to the Central District of California

24  for the purpose described in the Application and then return to the Northern District of

25  California by October 8, 2006.

26      IT IS FURTHER ORDERED that prior to leaving, defendant is to provide the

27  address and a contact telephone number where she will be staying during her time out of

28  this District and otherwise comply with such other conditions deemed necessary by the

                                   1

1   Office of Pretrial Services.

2        IT IS SO ORDERED

3

4   Dated: 10/5/06

    _Patricia V. Trumbull_
    PATRICIA V. TRUMBULL
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28