CARLEEN R. ARLIDGE   SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861

Attorney For Defendant
KAZUKO SHINAGAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-05-00776 JW |
| Plaintiff, | |
| vs. | STIPULATION FOR CONTINUANCE |
| KAZUKO SHINAGAWA, | |
| Defendant. | |

It is hereby stipulated between the parties that the status hearing set for December 18, 2006 be continued until February 26, 2007. The parties also stipulate that there is good cause for excluding time.

Dated: January 8, 2007

CARLEEN R. ARLIDGE

GARY FRY
Assistant U.S. Attorney

1  CARLEEN R. ARLIDGE    SBN 079725
   Attorney at Law
2  111 W. St. John St., Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4
   Attorney For Defendant
5  KAZUKO SHINAGAWA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-05-00776 JW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER CONTINUING STATU HEARING |
| KAZUKO SHINAGAWA, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties and good cause appearing therefore, the status hearing for Defendant Kazuko Shinagawa in the above-entitled matter is continued to February 26, 2007 at 1:30 p.m. The Court finds good cause to exclude time.

Dated: _____Jan 09 2007_____

JAMES WARE
United States District Judge