CARLEEN R. ARLIDGE   SBN 079725                      **CHAMBERS COPY**
Attorney at Law
111 W. St. John St., Suite 555                   FEB 15 '07
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861

Attorney For Defendant
KAZUKO SHINAGAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **CASE NO. CR-05-00776 JW (PVT)** |
| Plaintiff,   ) | |
| ) | [PROPOSED] |
| v.   ) | |
| ) | **TRAVEL ORDER** |
| KAZUKO SHINAGAWA,   ) | |
| Defendant.   ) | |

Upon request of the Defendant, KAZUKO SHINAGAWA, by and through counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that defendant is permitted to leave the Northern District of California on February 16, 2007, and travel to the Central District of California for the purpose described in the Application and then return to the Northern District of California by February 18, 2007.

IT IS FURTHER ORDERED that prior to leaving, defendant is to provide the address and a contact telephone number where she will be staying during her time out of this District and otherwise comply with such other conditions deemed necessary by the

1

Office of Pretrial Services.

IT IS SO ORDERED

Dated: 2/15/07

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge