1  CARLEEN R. ARLIDGE     SBN 079725
   Attorney at Law
2  111 W. St. John St., Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4
   Attorney For Defendant
5  KAZUKO SHINAGAWA

**FILED**

MAR 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-05-00776 JW (PVT) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] |
| KAZUKO SHINAGAWA, | ) | **TRAVEL ORDER** |
| Defendant. | ) | |

Upon request of the Defendant, KAZUKO SHINAGAWA, by and through counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that defendant is permitted to leave the Northern District of California on March 16, 2007, and travel to the Central District of California for the purpose described in the Application and then return to the Northern District of California by March 18, 2007.

IT IS FURTHER ORDERED that prior to leaving, defendant is to provide the address and a contact telephone number where she will be staying during her time out of this District and otherwise comply with such other conditions deemed necessary by the

1

1 | Office of Pretrial Services.
2 |     IT IS SO ORDERED
3 |
4 | Dated: 3/16/07
5 |
                                    PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

2