1  CARLEEN R. ARLIDGE    SBN 079725
   Attorney at Law
2  111 W. St. John St., Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4
   Attorney For Defendant
5  KAZUKO SHINAGAWA

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )   NO. CR-05-00776 JW
12                  Plaintiff,         )
                                       )
13 vs.                                 )   [~~PROPOSED~~]
                                       )   ORDER CONTINUING STATU HEARING
14 KAZUKO SHINAGAWA,                   )
                                       )
15                  Defendant.         )
   _____)
16

17        Upon stipulation of the parties and good cause appearing therefore, the status hearing for

18 Defendant Kazuko Shinagawa in the above-entitled matter is continued to April 2, 2007 at 1:30 p.m.

19 The Court finds good cause to exclude time.

20

21 Dated: ___3/19/2007_____        _/s/ James Ware_____
                                         JAMES WARE
22                                       United States District Judge