CARLEEN R. ARLIDGE        SBN 079725
Attorney at Law
111 W. St. John St., Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861

Attorney For Defendant
KAZUKO SHINAGAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                )<br>                    Plaintiff,     )<br>                                )<br>vs.                             )<br>                                )<br>KAZUKO SHINAGAWA,                )<br>                                )<br>                    Defendant.    )<br>_____) | NO. CR-05-00776 JW<br><br>[PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING |

        Upon stipulation of the parties and good cause appearing therefore, the sentencing hearing

for Defendant Kazuko Shinagawa in the above-entitled matter is continued to February 25, 2008 at

1:30 p.m.


Dated: ____November 2, 2007____        _____James Ware_____

                                        JAMES WARE
                                        United States District Judge