1  CARLEEN R. ARLIDGE        SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4  E-Mail: craatty@aol.com

5  Attorney For Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )   NO. CR-05-00776 LHK
12                  Plaintiff,         )
                                       )   ORDER CONTINUING
13 vs.                                 )   SENTENCING HEARING DATE
                                       )
14 KAZUKO SHINAGAWA,                   )
                                       )
15                  Defendant.         )
                                       )
16

17     Upon stipulation of the parties and good cause appearing therefor:

18     IT IS HEREBY ORDERED that the sentencing hearing for the defendant in the above-

19 entitled case be continued from Wednesday, December 16, 2013 at 9:30 am and rescheduled for

20 Wednesday, January 22, 2014 at 9:30 a.m.

21     IT IS SO ORDERED.

22

23 Dated: _____
                                LUCY H. KOH
24                              United States District Judge

25
   *No further continuance will be granted.*
26
   *This defendant pled guilty on March 13, 2013, and*
27 *admitted the violations that same day.*

28                                  Lucy H. Koh
   12/16/13                         U.S. District Judge